IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE McLEOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 1:09cv333-WHA |
| v. ) | (WO) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

The petitioner has filed a response (Doc. No. 3) to this court's Order of April 16, 2009 (*see* Doc. No. 2), wherein he indicates that by his motion of April 6, 2009 (Doc. No. 1), docketed by this court as an action for relief under 28 U.S.C. § 2255, he seeks to attack <u>both</u> (1) the validity of the sentence imposed on him by this court in 1993 for obstruction of justice and (2) the October 2008 judgment of this court revoking his supervised release and imposing a 12-month term of imprisonment. *See* Doc. No. 3 at 1-2. However, the *Rules Governing Section 2255 Proceedings for the United States District Courts* provide that "[a] moving party who seeks relief from more than one judgment must file a separate motion covering each judgment." *Fed. R. Governing § 2255 Proceedings* 2(d).

Accordingly, because the petitioner seeks relief from more than one judgment by his § 2255 motion, it is hereby

**ORDERED that on or before June 23, 2009,** the petitioner shall file an amendment to his § 2255 motion specifying which of the two judgments of this court he seeks relief from

through his instant motion.  The petitioner is hereby advised that, pursuant to *Fed. R. Governing § 2255 Proceedings* 2(d), he may challenge <u>only one judgment</u> of this court. Should the petitioner wish to challenge more than one judgment of this court, he must file a separate motion pursuant to 28 U.S.C. 2255 challenging each separate judgment.

Done this 9th day of June, 2009.

           /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE